1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11

12   **ROBERT GLASS,**                      NO. 1:05-cv-0457 REC DLB P

13                          Plaintiff,      **ORDER**

14           **v.**

15   **A. K. SCRIBNER, et al. ,**

16                          Defendants.

17

18          On April 10, 2006, defendants requested an extension of time to file a responsive

19   pleading in this action.

20          Good cause appearing, defendants' request for extension of time until May 25, 2006, to

21   file a responsive pleading is granted.

22

23

24   05pc457.extglass.eom.wpd IT IS SO ORDERED.

25       **Dated:    April 17, 2006**              **/s/ Dennis L. Beck**
     3c0hj8                               UNITED STATES MAGISTRATE JUDGE
26

27

28

[Proposed] Order

1