UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GLASS, | ) | 1:05-CV-0457 REC DLB P |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #21) |
|     v. | ) | |
| | ) | |
| A. K. SCRIBNER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2006, defendants filed a motion to extend time to file a responsive pleading in this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendants are granted thirty days from the date of service of this order in which to file a responsive pleading.

    IT IS SO ORDERED.

    Dated:   May 1, 2006                       /s/ Dennis L. Beck
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE