IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT GLASS,** | 1:05-cv-0457 REC DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. K. SCRIBNER, et al.,** | |
| Defendants. | |

On April 16, 2007, defendants requested an extension of time to file a responsive pleading in this action.

Good cause appearing, defendants' request for extension of time until May 21, 2007, to file a responsive pleading is granted.

IT IS SO ORDERED.

   **Dated:   April 17, 2007**         /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE