IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT GLASS,** | 1:05-cv-0457 REC DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. K. SCRIBNER, et al.,** | |
| Defendants. | |

On May 8, 2007, Defendants requested an extension of time to file an opposition to Plaintiff's motion for summary judgment in this action.

Good cause appearing, Defendants' request for an extension of time up to and including May 21, 2007 to file an opposition to Plaintiff's motion for summary judgment is granted.

IT IS SO ORDERED.

Dated: May 21, 2007         /s/ Dennis L. Beck
                            UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*
1