UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLASS,          )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                      )<br>                              )<br>A. K. SCRIBNER, et al.,       )<br>                              )<br>           Defendants.        )<br>_____) | CASE NO. 1:05-cv-457 LJO DLB P<br><br>ORDER DISMISSING ACTION<br>PURSUANT TO PARTIES'<br>STIPULATION OF DISMISSAL<br><br>(Doc. 75) |

   Plaintiff is a prisoner proceeding pro se. Plaintiff has filed a civil rights complaint and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   On August 1, 2008, a stipulation of dismissal signed by all parties was filed by defendants. (Doc. 75). The parties stipulate that defendants shall be dismissed with prejudice from this action, with each side to bear their own costs and attorneys fees. Based on the parties' stipulation of dismissal, the court deems it proper to order this action dismissed. Fed. R. Civ. Pro. 41(a)(2).

   Accordingly, this action is DISMISSED pursuant to parties' stipulation of dismissal and the Clerk of Court is directed to close the file in this action.

IT IS SO ORDERED.

**Dated:    August 4, 2008**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE