UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLASS, | CASE No.: 1:05-cv-00457 LJO DLB PC |
| Plaintiff, | ORDER VACATING JULY 30, 2008 ORDER AND WRIT OF HABEAS CORPUS AD TESTICANDUM AS TO PLAINTIFF **ROBERT GLASS** |
| v. | |
| A.K. SCRIBNER et al., | |
| Defendants. | ORDER VACATING JULY 30, 2008 ORDER AND WRIT OF HABEAS CORPUS AD TESTICANDUM AS TO WITNESS **DEREK SIMMONS** |
| | (Docs. 72, 73) |

Plaintiff Robert Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On July 30, 2008, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Robert Glass, commanding the Warden of California State Prison - Sacramento to produce California prisoner Robert Glass, CDCR #J-36237 in this court on August 25, 2008, to testify at trial in this action.

On July 30, 2008, the court also issued an order and Writ of Habeas Corpus ad Testificandum to transport Derek Simmons, commanding the Warden of California State Prison - Solano to produce California prisoner Derek Simmons, CDCR #E-79895 in this court on August 25, 2008, to testify at trial in this action.

///

1

On August 1, 2008, a stipulation of dismissal of this action signed by all parties was filed with the court (Doc. 75).[1]  Accordingly, the orders and writs issued on July 30, 2008, commanding the production of inmates Robert Glass and Derek Simmons, are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **August 4, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] By separate order, this court shall dismiss this action pursuant to the parties' stipulation of dismissal.